
Case 4:14-cv-02413-DMR   Document 21   Filed 11/24/14   Page 1 of 3

LAW OFFICES OF KIRK B. FREEMAN
KIRK B. FREEMAN Bar No. 99685
kirk@KBFLaw.com
MATTHEW A. MALLET Bar No. 203393
matthew@KBFLaw.com
256 Sutter Street, Sixth Floor
San Francisco, California  94108
Telephone: (415) 398-1082
Fax: (415) 391-1285

Attorneys for Plaintiff
JINA HANSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JINA HANSON; an individual<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., a Corporation; JEANNINE NITTNER and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. 4:14-CV-02413-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DEADLINE FOR COMPLETING MEDIATION**<br><br>Judge: Hon. Donna M. Ryu<br>Courtroom: 4<br><br>Action Filed: May 23, 2014<br>Trial Date: November 2, 2015 |

WHEREAS, the deadline for completing mediation in this case is currently scheduled for January 16, 2015;

WHEREAS, plaintiff has been deposed and depositions of defendant Apple, Inc.'s employees have been scheduled with the last one to be completed on January 6, 2015;

WHEREAS, the parties will not be in a position to evaluate this case for


1

STIPULATION AND ORDER RE CONTINUANCE OF MEDIATION DEADLINE

1  settlement until the depositions are completed on January 6, 2015;

2  WHEREAS, plaintiff's counsel, Kirk B. Freeman, is scheduled to begin a two
3  week jury trial in San Francisco Superior Court in the case of *Gabriel A. Jackson v. Mary
4  A. Hughes, et. al.* (Case No. CGC-12-521690 on January 12, 2015;

5  WHEREAS, Mr. Freeman will not have time to prepare for and participate in a
6  mediation in this case between January 7 and 16, 2015 because of his trial committment;
7  and

8  WHEREAS the parties and the mediator, Kristen Maloney, have met and
9  conferred on a mediation date and have selected February 18, 2015 for the mediation.

10  NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, through their
11  counsel of record:

12  1. The mediation in this case will take place on February 18, 2015;

13  2. For this reason the parties respectfully request that this Court continue until

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND ORDER RE CONTINUANCE OF MEDIATION DEADLINE

February 25, 2015 the deadline for completing the mediation.

Dated: November 24, 2014                    LAW OFFICES OF KIRK B. FREEMAN

/s/ Kirk B. Freeman
_____
Kirk B. Freeman
Attorneys for Plaintiff
JINA HANSON

Dated: November 24, 2014                    JACKSON LEWIS LLP

/s/ Mitchell F. Boomer
_____
Mitchell F. Boomer
Attorneys for Defendants
APPLE, INC. and JEANNINE NITTNER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline for completing the mediation in this case is continued to February 25, 2015.

Dated: November 24, 2014

_____
Judge of the Northern District of California

IT IS SO ORDERED
Judge Donna M. Ryu