1  Mitchell F. Boomer (State Bar No. 121441)
   Scott P. Jang (State Bar No. 260191)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   E-mail:  boomerm@jacksonlewis.com
5  E-mail:  scott.jang@jacksonlewis.com

6  Attorneys for Defendants
   APPLE INC. and JEANNINE NITTNER
7

8  Kirk B. Freeman (State Bar No. 99685)
   Matthew A. Mallet (State Bar No. 203393)
9  LAW OFFICES OF KIRK B. FREEMAN
   256 Sutter Street, Sixth Floor
10 San Francisco, CA  94108
   Telephone: (415) 398-1082
11 Facsimile:  (415) 391-1285
   E-mail:  kirk@KBFLaw.com
12 E-mail:  matthew@KBFLaw.com

13 Attorneys for Plaintiff
   JINA HANSON
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18 | JINA HANSON, | Case No.  4:14-CV-02413-DMR |
19 | Plaintiff, | **STIPLUATION AND [PROPOSED] ORDER RE DISPOSITIVE MOTION BRIEFING SCHEDULE** |
20 | v. | |
21 | APPLE, INC. a Corporation; JEANNINE NITTNER; and DOES 1 through 15, inclusive, | Complaint Filed: April 17, 2014 |
22 |  | Case removed: May 23, 2014 |
   | Defendants. | Trial Date: November 2, 2015 |
23

24

25     The last date to hear any dispositive motion filed in this case is August 27, 2015.  [ECF

26 No. 30.]  Ordinarily, under this Court's Local Rules, any dispositive motion must be filed by no

27 later than July 23, 2015; any opposition must be filed by no later than August 6, 2015; and any

28 reply must be filed by August 13, 2015.  [L.R. 7-2 & 7-3.]  However, due to scheduling conflicts

on the part of the parties and counsel, the parties hereby stipulate to and respectfully request the Court to adopt the following dispositive motion briefing schedule:

| Deadline to File Any Dispositive Motion | July 9, 2015 |
|---|---|
| Deadline to File Any Opposition | July 23, 2015 |
| Deadline to File Any Reply | August 6, 2015 |
| Last Date to Hear Any Disposition Motion | August 27, 2015 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 23, 2015                         JACKSON LEWIS P.C.

                                    By:   /s/ Mitchell F. Boomer
                                          Mitchell F. Boomer
                                          Scott P. Jang
                                          Attorneys for Defendants
                                          APPLE INC. and JEANNINE NITTNER

Dated:  April 22, 2015                         LAW OFFICES OF KIRK B. FREEMAN

                                    By:   /s/ Kirk B. Freeman
                                          Kirk B. Freeman
                                          Matthew A. Mallet
                                          Attorneys for Plaintiff
                                          JINA HANSON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __April 23__, 2015        _____
                                  Donna M. Ryu
                                  United States Magistrate Judge