UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JINA HANSON,

        Plaintiff,

    v.

APPLE INC., et al.,

        Defendants.

Case No.  14-cv-02413-DMR

**ORDER RE PROPOSED JURY INSTRUCTIONS**

Re: Dkt. Nos. 67, 75, 109, 115

Having reviewed the parties' proposed jury instructions and objections, the parties are directed to make a good faith attempt to identify and resolve any disputes for which they could reach a reasonable compromise.

For any remaining dispute, the parties shall submit a joint document for the proposed jury instructions which helps the Court focus on the parties' differences.  Where the parties have each proposed a jury instruction on the same issue, the document shall include the full language of each party's proposed jury instruction and clearly indicate the language in the proposed jury instruction on which the parties cannot agree (for example, in a side-by-side column format).  This should be followed by each party's explanation of why the Court should adopt that party's proposed instruction, and should cite to relevant authority supporting the position.  To the extent that the parties reach an agreement on a previously disputed jury instruction or agree to withdraw a previously proposed jury instruction, that agreement should be included in the joint document.

The revised jointly prepared document on disputed jury instructions shall be filed by 5 p.m. October 16, 2015.  The parties shall also submit a copy of the jointly prepared document in Microsoft Word format to DMRpo@cand.uscourts.gov.

1

**IT IS SO ORDERED.**

2

Dated: October 15, 2015

3

_____

4

Donna M. Ryu
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California