Kirk B. Freeman (State Bar No. 99685)
Matthew A. Mallet (State Bar No. 203393)
LAW OFFICES OF KIRK B. FREEMAN
256 Sutter Street, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 398-1082
Facsimile: (415) 391-1285
Email: kirk@KBFLaw.com
Email: matthew@KBFLaw.com

Attorneys for Plaintiff
JINA HANSON

Mitchell F. Boomer (State Bar No. 121441)
Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: boomerm@jacksonlewis.com
E-mail: scott.jang@jacksonlewis.com

Attorneys for Defendants
APPLE INC. and JEANNINE NITTNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JINA HANSON,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE, INC. a Corporation; JEANNINE NITTNER; and DOES 1 through 15, inclusive,<br><br>            Defendants. | Case No.  4:14-CV-02413-DMR<br><br>**NOTICE OF SETTLEMENT** |

The parties in the above-entitled action have agreed to settle the remaining claims in this action.  The parties anticipate drafting the final settlement agreement and securing the required signatures within the next few days.  It is anticipated that a Request for Dismissal will be filed within one week.

The parties hereby request that the Pre-Trial Conference and hearing on motions-in-limine

1
NOTICE OF SETTLEMENT - 4:14-CV-02413-DMR

scheduled for 2:00 p.m. this afternoon (Wednesday, October 21, 2015), and the jury trial scheduled to commence on November 2, 2015, be taken off-calendar.

Dated: October __, 2015      LAW OFFICES OF KIRK B. FREEMAN

              By: /s/_____
                 Kirk B. Freeman
                 Matthew A. Mallet
                 Attorneys for Plaintiff
                 JINA HANSON


                 JACKSON LEWIS P.C.


              By: /s/_____
                 Mitchell F. Boomer
                 Scott P. Jang
                 Attorneys for Defendants
                 APPLE INC. and JEANNINE NITTNER