UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JINA HANSON,

        Plaintiff,

    v.

APPLE INC., et al.,

        Defendants.

Case No. 14-cv-02413-DMR

**ORDER OF DISMISSAL**

On November 2, 2015, the parties informed the court that the parties had agreed to the terms of settlement. The parties stated that settlement would soon be complete, and that they would file a request for dismissal in the "near future." Docket No. 123.

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within 60 days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. All further dates are vacated.

**IT IS SO ORDERED**.

Dated: January 5, 2016

DONNA M. RYU
United States Magistrate Judge